IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-00173-RJC-DCK

| | |
|---|---|
| ARTHUR RUTENBERG HOMES, INC., and MONTEREY BAY-CHARLOTTE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOTY II, NICOLE DOTY, CORNERSTONE BUILDERS GROUP, INC., and BUNGALOW 626 HOMES, LLC, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by William E. Moore, Jr., concerning Bernard "Ben" S. Klosowski, Jr. on May 8, 2018. Mr. Bernard "Ben" S. Klosowski, Jr. seeks to appear as counsel *pro hac vice* for Defendant Cornerstone Builders Group, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Bernard "Ben" S. Klosowski, Jr. is hereby admitted *pro hac vice* to represent Defendant Cornerstone Builders Group, Inc.

**SO ORDERED**.

Signed: May 9, 2018

David C. Keesler
United States Magistrate Judge