# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-173-RJC-DCK

| | |
|---|---|
| ARTHUR RUTENBERG HOMES, INC., and MONTEREY BAY-CHARLOTTE, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>JOHN DOTY II, NICOLE DOTY, CORNERSTONE BUILDERS GROUP, INC., and BUNGALOW 626 HOMES, LLC, <br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Edward B. Davis, filed a "Certification Of Mediation Session" (Document No. 29) notifying the Court that the parties reached a settlement on October 16, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **November 19, 2018**.

**SO ORDERED**.

Signed: October 22, 2018

David C. Keesler
United States Magistrate Judge